IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTIMMEO WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 CV 10745 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | |
| INPAX SHIPPING SOLUTIONS, INC. | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter is before the Court on the Defendant's Motion to Vacate Judgment and Enter a Consent Judgment on Agreed Terms.

Based upon the parties' submissions in this matter, including the Defendant's Motion to Vacate Judgment as Void and Enter Consent Judgment, the Court finds that Plaintiff's acceptance of Defendant's Rule 68 Offer of Judgment in the amount of $1,500 to Plaintiff Artimmeo Williamson, plus costs in the amount of $400 and reasonable attorney's fees in the amount of $6,254.50 is a fair and equitable resolution to all parties concerned of a bona fide dispute under the FLSA. It is therefore ORDERED:

That the Amended Judgment entered on July 18, 2017 is hereby VACATED as void pursuant to Federal Rule of Civil Procedure 60(b)(4); and

That Judgment is entered for the plaintiff in the amount of $1,500.00; and

That the defendant shall pay costs in the amount of $400.00; and

That the defendant shall pay the plaintiff's reasonable attorney's fees in the amount of $6,254.50; and

That this action and all claims asserted therein are hereby DISMISSED with prejudice to their refiling.

SO ORDERED this 31st day of August, 2017.

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ *[signature: John J. Tharp Jr.]*

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ John J. Tharp, Jr.
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ United States District Judge